IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-00504-FL

| TRACY YELVERTON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER APPROVING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Upon consideration of the petition for attorney fees under the Equal Access to Justice Act, filed by Derrick Arrowood, Esq., attorney for Tracy Yelverton, Plaintiff in the above-captioned matter [ECF No. 25], and upon consideration of the Parties' stipulation, it is hereby

ORDERED that Plaintiff's petition [ECF No. 25] is hereby withdrawn;

It is further ORDERED that Plaintiff's attorney, Derrick Arrowood, Esq., is awarded attorney's fees pursuant to 28 U.S.C. § 2412(d) in the amount of five thousand dollars and zero cents ($5,000.00) in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d);

It is further ORDERED that if the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's attorney, Derrick Arrowood, Esq. and mailed to his office at Arrowood and Hall, PLLC, P.O. Box 58129, Raleigh, North Carolina 27658, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED. This 11th day of June 2024.

_____
LOUISE W. FLANAGAN
United States District Judge